EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>    Comité para la Revisión del<br>    Manual de Instrucciones al Jurado | 2003 TSPR 49<br><br>158 DPR \_\_\_\_ |

Número del Caso: EN-2003-03


Fecha: 3/abril/2003

Este documento constituye un documento oficial del Tribunal
Supremo que está sujeto a los cambios y correcciones del
proceso de compilación y publicación oficial de las
decisiones del Tribunal. Su distribución electrónica se hace
como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Comité para la Revisión
del Manual de Instrucciones
al Jurado

EN-2003-03

RESOLUCION

San Juan, Puerto Rico, a 3 de abril de 2003

En el año 1976, aprobamos el uso del Libro de Instrucciones al Jurado para el Tribunal Superior de Puerto Rico, el cual no ha sido objeto de cambios, salvo por esfuerzos realizados en 1980 para atemperarlo a las Reglas de Evidencia de 1979.

Décadas de enmiendas al Código Penal, a las Reglas de Procedimiento Criminal y a las Reglas de Evidencia, así como la proliferación de leyes penales especiales, sumadas al desarrollo jurisprudencial de dichos preceptos, tornan en indispensable una revisión del Manual de Instrucciones al Jurado, de modo que pueda recobrar su vigencia y preservar su característica presunción de corrección.

Para la consecución de este objetivo, se designa el Comité para la Revisión del Manual de Instrucciones al Jurado, adscrito al Secretariado de la Conferencia Judicial, el cual estará integrado por las siguientes personas:

Hon. Carlos Rivera Martínez, Presidente
Lcdo. Harry Anduze Montaño
Prof. Ernesto L. Chiesa Aponte
Hon. Wanda Cruz Ayala

Hon. Fernando Gierbolini Borelli
Hon. Pedro G. Goyco Amador
Lcda. María de Lourdes Guzmán Rivera
Lcdo. Arturo Negrón García
Lcdo. Francisco Rebollo Casalduc
Lcdo. Federico Rentas Rodríguez
Prof. Olga E. Resumil
Lcda. Ygrí Rivera de Martínez

Se designa además, como consultor y asesor legal del Comité, al Lcdo. Julio de la Rosa Rivé, quien ha estado llevando a cabo los estudios preparatorios para esta revisión.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Rebollo López no intervino.


Patricia Otón Olivieri
Secretaria del Tribunal Supremo